J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiffs Sanrio, Inc. and
Disney Enterprises, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc. and Disney Enterprises, Inc., | Case No. |
| Plaintiffs, | COMPLAINT FOR COPYRIGHT INFRINGEMENT; TRADEMARK INFRINGEMENT; UNFAIR COMPETITION |
| v. | |
| Ronnie Home Textile, Inc.; Kenneth J. Doeing; QinQin Pan a/k/a PanQing Qing a/k/a Tiffany Qing a/k/a Tiffany Pan a/k/a Maria Pan; and Does 1 – 10, inclusive, | DEMAND FOR A JURY TRIAL |
| Defendants. | |

Plaintiffs Sanrio, Inc. ("Sanrio") and Disney Enterprises, Inc. ("DEI")
(collectively "Plaintiffs") for their Complaint allege as follows:

**Allegations Common to All Claims for Relief**

A.   **Jurisdiction and Venue**

1.       The claims for trademark infringement and unfair competition under the
Lanham Trademark Act, as amended, 15 U.S.C., § 1051 *et seq*., allege the
unauthorized use in interstate commerce of famous and distinctive marks and false
designations of origin.  The Court has jurisdiction over the subject matter of these
claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1331 and § 1338. The cause of
action for copyright infringement arises pursuant to 17 U.S.C. § 101, *et seq*.  The
Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and §
1338(a).  The remaining causes of action for unfair competition under California

state law and for a constructive trust arise under the laws of the State of California. The Court has jurisdiction over these substantial and related claims pursuant to 28 U.S.C. § 1338 (b) and § 1367.

2.    Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1391(b), § 1392 and § 1400(a).

**B.    Introduction**

3.    This case concerns the concerted, systematic and wholesale theft of various world-famous intellectual properties owned by Plaintiffs.  Defendants are engaged in the manufacture, importation, distribution, promotion, sale and offer for sale of various types of fabric, textiles, cloth, blankets and related products, which incorporate unauthorized likenesses of animated or live action characters or other logos owned by Plaintiffs ("Infringing Product").

**C.    Plaintiff Sanrio**

4.    Sanrio is a corporation, duly organized and existing under the laws of California, having its principal place of business in South San Francisco.  Plaintiff Sanrio is and, at all relevant times, has been, the exclusive U.S. licensee of Sanrio Company, Ltd., a Japan corporation ("Sanrio Co.").  Plaintiff Sanrio is a wholly-owned subsidiary of Sanrio Co.

5.    For more than forty years, Sanrio Co. has been engaged in the business of manufacturing, distributing and selling a wide range of products including, without limitation, character artwork created, developed and designed by Sanrio Co. for use by children and young adults.  Certain of the characters and designs have achieved such global fame and popularity that Sanrio Co. has produced and distributed television programming for children based on the character artwork.  One such television program is the animated television series entitled *Hello Kitty*.

6.    A significant source of revenue for Sanrio Co. is the merchandising and licensing of distinctive elements bearing character artwork, including Hello Kitty,

Bad Badtz Maru, Chococat, KeroKeroKeroppi, Landy, Little Twin Stars, Monkichi, My Melody, Patty and Jimmy, Pekkle, Picke Bicke, Pochacco, Tuxedo Sam, Winkipinki and Zashikbuta (hereinafter individually and collectively referred to as the "Sanrio Co. Characters").

7.     The revenue from products using the Sanrio Co. Characters sold in the United States is substantial.  The appearance and other features of the Sanrio Co. Characters are inherently distinctive and serve to identify Sanrio as the source of products bearing the Sanrio Co. Characters.  The design, configuration and distinctive features of the Sanrio Co. Characters and other Sanrio Co. copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as "Sanrio Co.'s Copyrighted Designs") are wholly original with Sanrio Co. and, as fixed in various tangible media, including, without limitation, fabric and related merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., §§ 101 *et seq.*  Sanrio Co. is the owner of Sanrio Co.'s Copyrighted Designs and, as featured on and in connection with various merchandise, these designs constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*

8.     Sanrio Co. has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to Sanrio Co.'s Copyrighted Designs, and Sanrio Co. owns one or more certificates of registration for works in which each of Sanrio Co.'s Copyrighted Designs appear. A representative list of copyright registrations for Sanrio Co.'s Copyrighted Designs is attached hereto as Exhibit A.

9.     Products featuring Sanrio Co.'s Copyrighted Designs manufactured, sold and distributed by Sanrio Co. or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws.  Sanrio Co. and those acting under its authority have complied with their obligations under

the copyright laws and Sanrio Co. has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of Sanrio Co.'s Copyrighted Designs.

10.     Sanrio Co. owns all right, title and interest in and to and holds exclusive right to develop, manufacture, market and sell products bearing the trademarks, trade names, service marks, artwork, characters and other distinctive elements for and incorporating the Sanrio Co. Characters in the United States.

11.     Sanrio Co. is the owner of world famous registered marks which serve to distinguish Sanrio Co. products.  Some of those trademarks have been used continuously for over twenty-five years.  Each year, Sanrio Co. spends millions of dollars to develop and maintain the considerable good will it enjoys in its trademarks and in its reputation for high quality.  A representative list of trademark registrations for the Sanrio Co. Characters is attached hereto as Exhibit B (collectively "Sanrio Co.'s Trademarks").

12.     Sanrio Co.'s Trademarks are all valid, extant and in full force and effect.   Sanrio Co.'s Trademarks are all exclusively owned by Sanrio Co.  Sanrio Co. has continuously used each of Sanrio Co.'s Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

13.     As a result of advertising and sales, together with longstanding consumer acceptance, Sanrio Co.'s Trademarks identify Sanrio Co.'s products and authorized sales of these products.  Sanrio Co.'s Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world.  The Sanrio Co. Characters, Sanrio Co.'s Copyrighted Designs and Sanrio Co.'s Trademarks are collectively referred to herein as "Sanrio Co.'s Properties."

**D.     Plaintiff DEI**

14.     DEI is a corporation duly organized and existing under the laws of the

State of Delaware, having its principal place of business in Burbank, California.

15.　DEI is a subsidiary of The Walt Disney Company ("Disney"). Disney, together with its subsidiaries, is a diversified worldwide entertainment company with operations in five business segments: Media Networks, Parks and Resorts, Studio Entertainment, Consumer Products and Interactive Media.  Media Networks comprises international and domestic cable networks and its broadcasting business;  Parks and Resorts comprises resorts and theme parks around the world, Disney Cruise Line and also licensed theme parks such as Tokyo Disney Resort in Japan; Studio Entertainment comprises live-action and animated theatrical and video motion pictures, musical recordings and live stage plays; Consumer Products comprises relationships with licensees, manufacturers, publishers and retailers throughout the world to design, develop, publish, promote and sell a wide variety of products based on DEI's intellectual property as well as its own Publishing and Retail; Interactive Media Group creates and delivers branded entertainment games and lifestyle content across interactive media platforms.

16.　A significant aspect of DEI's business is the merchandising and licensing of distinctive elements associated with its motion picture and television programs.  The distinctive elements licensed and/or merchandised by DEI include, but are not limited to, the world-famous characters featured in numerous animated short films, feature length motion pictures and television programs produced over a period of more than seventy years, including, but not limited to, the characters *Minnie Mouse, Mickey Mouse,* and various characters from the motion pictures *Aladdin*, *Beauty and the Beast, Cinderella, Sleeping Beauty*, *Snow White and the Seven Dwarfs*, *The Little Mermaid, Cars* and *Toy Story* ("Infringing Product"). (hereinafter referred to as the "DEI Characters").

17.　The revenue from products which use the DEI Characters is substantial.

The appearance and other features of the DEI Characters are inherently distinctive and serve to identify DEI and its licensees as the source of products bearing the DEI Characters.  The design, configuration and distinctive features of the DEI Characters and other DEI copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as "DEI's Copyrighted Designs"), are wholly original with DEI and, as fixed in various tangible media, including merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., Sections 101, *et seq*.  DEI is the owner of DEI's Copyrighted *Design*s and, as featured on in connection with various merchandise, constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

18.     DEI, and its predecessors in interest have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the copyrights to DEI's Copyrighted Designs, and DEI owns one or more certificates of registration for works in which each of DEI's Copyrighted Designs appear.  A representative list of copyright registrations for DEI's Copyrighted Designs is attached hereto as Exhibit C.

19.     Products featuring DEI's Copyrighted Designs which are manufactured, sold and distributed by DEI or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws.  DEI and those acting under its authority have complied with their obligations under the copyright laws, and DEI, in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of DEI's Copyrighted Designs.

20.     DEI is the owner of world famous registered marks which serve to distinguish DEI products ("DEI's Trademarks").  Some of those trademarks have been used continuously for over seventy years.  Each year DEI spends millions of

dollars to develop and maintain the considerable goodwill it enjoys in its trademarks and in its reputation for high quality.  A representative list of trademark registrations for DEI's Trademarks is attached hereto as Exhibit D.

21.     DEI's Trademarks are all valid, extant and in full force and effect. DEI's Trademarks are all exclusively owned by DEI.  DEI has continuously used each of DEI's Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

22.     As a result of advertising and sales, together with longstanding consumer acceptance, DEI's Trademarks identify DEI's products and authorized sales of these products.  DEI's Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world.  DEI's Characters, Copyrighted Designs and Trademarks are collectively referred to herein as DEI's Properties.

23.     Sanrio Co.'s Copyrighted Designs and DEI's Copyrighted Designs are collectively referred to herein as "Plaintiffs' Copyrighted Designs."  Sanrio Co.'s Trademarks and DEI's Trademarks are collectively referred to herein as "Plaintiffs' Trademarks."  Plaintiffs' Copyrighted Designs and Plaintiffs' Trademarks are collectively referred to herein as "Plaintiffs' Properties."

**E.     Defendants**

24.     Plaintiffs are informed and believe, and upon that basis allege, that Defendant Ronnie Home Textile, Inc. ("RHT") is a California corporation, with its principal place of business in the city of Los Angeles, California.  RHT is subject to the jurisdiction of this Court and is manufacturing, promoting, distributing, advertising and/or selling merchandise which infringes Plaintiffs' Properties within this judicial district.

25.     Defendant Kenneth J. Doeing ("Doeing") is an individual and, upon information and belief, a resident of the city of Monrovia, County of Los Angeles,

and State of California.  Plaintiff is informed and believes, and upon that basis alleges, that Doeing is a principal and/or supervisory employee of RHT.  Plaintiff is further informed and believes, and based thereon alleges, that Doeing had the right and ability to supervise or control the infringing activity alleged herein and that he had a direct financial interest in such activity.  In addition or alternatively, Doeing had knowledge or reason to know of the infringing activity and took actions that contributed to such activity.

26.     Defendant QinQin Pan a/k/a PanQing Qing a/k/a Tiffany Qing a/k/a Tiffany Pan a/k/a Maria Pan ("Pan") is an individual and, upon information and belief, a resident of the city of Monrovia, County of Los Angeles, and State of California.  Plaintiff is informed and believes, and upon that basis alleges, that Pan is a principal and/or supervisory employee of RHT.  Plaintiff is further informed and believes, and based thereon alleges, that Pan had the right and ability to supervise or control the infringing activity alleged herein and that he had a direct financial interest in such activity.  In addition or alternatively, Pan had knowledge or reason to know of the infringing activity and took actions that contributed to such activity.

27.     Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court.  Upon information and belief, Does 1 – 10 are principals or supervisory employees of the RHT, suppliers of the named defendants or other entities or individuals who are manufacturing, distributing, selling and/or offering for sale merchandise in this judicial district which infringes some or all of Plaintiffs' Properties.  The identities of the various Does are unknown to Plaintiffs at this time.  The Complaint will be amended to include the names of such individuals when identified.  The named defendants and Does 1 – 10 are collectively referred to herein as "Defendants."

F.     **Defendants' Infringing Activities**

28.     Upon information and belief, long after Plaintiffs' adoption and use of Plaintiffs' Properties on a diverse range of goods, and after Plaintiffs obtained the copyright and trademark registrations alleged above, Defendants adopted and used substantially identical likenesses of Plaintiffs' Properties on Infringing Product, without Plaintiffs' consent, by manufacturing, importing, advertising, displaying, distributing, selling and/or offering to sell the Infringing Product.  Defendants have caused the Infringing Product to enter into commerce and to be transported or used in commerce.  Defendants are not licensed by Plaintiffs, or each of them, and at all relevant times were not authorized by Plaintiffs or any authorized agent of Plaintiffs to manufacture, import, distribute, sell and/or offer for sale the Infringing Product. Further, Defendants were previously served with written notice to cease their unauthorized activity and despite written assurances from Defendants, the unauthorized activity continued.  Defendants are currently engaged in such uses and, unless enjoined by this Court, will continue such unauthorized uses.

29.     By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiffs' goodwill and related proprietary rights and have confused and deceived, or threaten to confuse and deceive, the consuming public concerning the source and sponsorship of the products.  By their wrongful conduct, Defendants have traded upon and diminished Plaintiffs' goodwill.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement)

30.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 29, inclusive, as though set forth herein in full.

31.     Plaintiffs are informed and believe, and upon that basis allege, that the Defendants have each obtained gains, profits and advantages as a result of their infringing acts in amounts within the jurisdiction of the Court.

32.     Plaintiffs are informed and believe, and upon that basis allege, that they have suffered and continue to suffer direct and actual damages as result of Defendants' infringing conduct as alleged herein, in amounts within the jurisdiction of this Court.  In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product as alleged herein.  In the alternative, Plaintiffs may elect to recover, for each of its respective copyrighted works infringed, statutory damages pursuant to 17 U.S.C. § 504(c).

33.     Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts.  Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, the unlawful infringement by Defendants of Plaintiffs' Copyrighted Designs will continue with irreparable harm and damage to Plaintiffs.  Accordingly, Plaintiffs seeks and requests permanent injunctive relief pursuant to 17 U.S.C § 502.

34.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF

### (For Trademark Infringement)

35.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 34, inclusive, as though set forth herein in full.

36.     Defendants' manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale of the Infringing Product is likely to cause confusion or to cause mistake or to deceive the relevant

public and trade regarding the affiliation, sponsorship, endorsement or approval of the Infringing Product by Plaintiffs.  Such confusion, mistake and deception is aggravated by the confusing similarity between Plaintiffs' Trademarks and the use of substantially identical likenesses on the Infringing Product in the same type of goods made, imported and sold by or under authority of Plaintiffs.

37.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, acted with knowledge of the federally registered trademarks alleged herein and of the valuable goodwill Plaintiffs enjoy in connection therewith, with intent to confuse, mislead and deceive the public into believing that the Infringing Product was made, imported and sold by Plaintiffs, and each of them, or are in some other manner, approved or endorsed by Plaintiffs, and each of them.

38.     Plaintiffs have suffered and continue to suffer irreparable harm and damage as a result of Defendants' acts of trademark infringement in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117.  In order to determine the full extent of such damages, including such profits as may be recoverable under 15 U.S.C. § 1117, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product as alleged herein.  In the alternative, Plaintiffs may elect to recover statutory damages pursuant to 15 U.S.C. § 1117(c).

39.     Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts of infringement.  Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, the unlawful infringement will continue with irreparable harm and damage to Plaintiffs.  Accordingly, Plaintiffs seek and request preliminary and permanent injunctive relief pursuant to 15 U.S.C § 1116.

40.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from Defendants, and each of them, pursuant to 15 U.S.C. § 1117(c).

## THIRD CLAIM FOR RELIEF

### (For Unfair Competition)

41.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 40, inclusive, as though set forth herein in full.

42.     Plaintiff DEI own all rights, title and interest in and to the DEI trademarks, trade names, service marks, artwork, characters and other distinctive elements for and incorporating DEI's Properties.

43.     Plaintiff Sanrio is, and at all relevant times has been, the exclusive U.S. licensee of Sanrio Company, Ltd., a Japanese corporation.  Plaintiff Sanrio is a wholly-owned subsidiary of Sanrio Company, Ltd., and as the exclusive licensee Plaintiff Sanrio controls all rights, title and interest in and to the Sanrio Co.'s trademarks, trade names, service marks, artwork, characters and other distinctive elements for and incorporating Sanrio Co.'s Properties.

44.     Plaintiffs' Properties have each acquired a secondary and distinctive meaning among the public, which has come to identify Plaintiffs through various media, including films, books, television, theme parks, magazines and other sources, and through the distribution and sale of authorized merchandise, and the distinctive features of each, as designating products associated with Plaintiffs, and each of them. As a result of the extensive advertising, media exposure, sales and public recognition of Plaintiffs' Properties, combined with the positive experiences of the public in its relationship with Plaintiffs, and each of them, Plaintiffs' Properties are each symbolic of Plaintiffs, and each of them, and representative of the images which the public has of Plaintiffs.

45.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, have, without permission, authority or license from Plaintiffs or their respective licensees, affixed, applied and/or used in connection with the manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale, false descriptions and representations, including words or other symbols which tend falsely to describe or represent such goods as Plaintiffs and/or affiliated with Plaintiffs, and have caused the entry of such goods into interstate commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Plaintiffs.  Defendants, and each of them, by misappropriating and using one or more of Plaintiffs' Properties, have misrepresented and falsely described to the general public the origin, source, association, affiliation or sponsorship of their goods so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of said goods.

46.     Plaintiffs are informed and believe, and upon that basis allege, that the Infringing Product being manufactured, imported, advertised, marketed, displayed, distributed, sold and/or offered for sale by Defendants, and each of them, are of inferior quality and that the sale and/or offer for sale thereof will be damaging to and dilute the goodwill and reputations of Plaintiffs.

47.     Defendants' acts and conduct, as alleged herein, including, without limitation, the Defendants' duplication and imitation of Plaintiffs' Properties, are business practices likely to deceive or confuse the purchasing public and trade upon Plaintiffs' reputations, both as to the source, origin, sponsorship and approval of the goods provided and as to the affiliation, connection or association of Defendants, and each of them, with Plaintiffs and constitute acts of unfair competition, false designation of origin and false representation of affiliation, all in violation of 15 U.S.C. § 1125(a).  Plaintiffs are informed and believe, and upon that basis allege,

that each of Defendants' respective acts of reputation appropriation and unfair competition was willful.

48.     Plaintiffs have no adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of Defendants' respective acts of unfair competition in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117.

49.     Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court the confusion and deception alleged above and the likelihood thereof will continue with irreparable harm and damage to Plaintiffs. Accordingly, Plaintiffs seek and request preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

50.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their wrongful acts of unfair competition in amounts not thus far determined but within the jurisdiction of this Court, which amounts should each be trebled, pursuant to 15 U.S.C. § 1117.

51.     In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product.

52.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 15 U.S.C. § 1117.

/ / /

## **FIFTH CLAIM FOR RELIEF**

### **(For State Law Unfair Competition)**

53.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 52, inclusive, as though set forth herein in full.

54.     As alleged above, each of Plaintiffs' Properties has acquired secondary meaning indicative of origin, relationship, sponsorship and/or association with Plaintiffs.  The purchasing public is likely to attribute to Plaintiffs the use by Defendants and/or their customers of one or more of Plaintiffs' Properties, as a source of origin, authorization and/or sponsorship for Defendants and/or their customers' goods and therefore to purchase such goods based upon that erroneous belief.

55.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, have intentionally appropriated one or more of Plaintiffs' Properties with the intent of causing confusion, mistake and deception as to the source of their and/or their third-party wholesale customers' goods and with the intent to palm off such goods as those of Plaintiffs, and, as such, Defendants have each committed trademark infringement, misleading advertising and unfair competition, all in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200, *et seq*.

56.     Plaintiffs have no adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of each of Defendants' acts in an amount thus far not determined but within the jurisdiction of this Court.

57.     Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court, the confusion and deception alleged herein and the likelihood thereof will continue with irreparable harm and damage to Plaintiffs.

58.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each unlawfully and wrongfully derived and will continue to derive

income, gains, profits and advantages as a result of their wrongful acts of unfair competition, in amounts thus far not determined but within the jurisdiction of this Court.  Plaintiffs are informed and believe, and upon that basis allege, that they have lost and will continue to lose profits and goodwill as a result of Defendants' conduct.

59.    By reason of the foregoing acts of unfair competition, Plaintiffs are entitled to restitution from each Defendant of all income, gains, profits and advantages resulting from their wrongful conduct in amounts to be determined according to proof at trial.

60.    In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product.

61.    Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, committed the acts alleged herein intentionally, fraudulently, maliciously, willfully, wantonly and oppressively, with intent to injure Plaintiffs in its business and with conscious disregard for Plaintiffs' rights, thereby justifying awards of punitive and exemplary damages against each Defendant in amounts sufficient to punish each Defendant and to set an example for others.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand:

A.    That Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of said Defendants, be immediately and permanently enjoined from:

1.    Directly or indirectly infringing Plaintiffs' Properties in any manner, including generally, but not limited to, manufacture, importation,

distribution, advertising, selling and/or offering for sale any merchandise which infringes the said Plaintiffs' Properties, and, specifically:

2.      Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Infringing Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Plaintiffs' Properties;

3.      Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Plaintiffs' Properties;

4.      Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs, or are in some way affiliated with Plaintiffs;

5.      Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs;

6.      Otherwise competing unfairly with Plaintiffs in any manner;

7.      Destroying or otherwise disposing of

a.      Merchandise falsely bearing Plaintiffs' Properties;

b.      Any other products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiffs' Properties;

c.      Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Plaintiffs' Properties;

d.      Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Plaintiffs' Properties;

e.      Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of the Infringing Product;

B.     That Plaintiffs and its designees are authorized to seize the following items, which are in Defendants' possession, custody or control:

1.      All unauthorized products bearing Plaintiffs' Properties, or likenesses thereof;

2.      Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

3.      Any labels, packages, wrappers, containers and any other unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

4.      Any molds, screens, patterns, plates, negatives, machinery or equipment used for making or manufacturing the Infringing Product or unauthorized items which bear Plaintiffs' Properties or which bear a substantial similarity to any of Plaintiffs' Properties.

C.      That those Defendants infringing upon Plaintiffs' Properties be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiffs' election;

D.      That actual damages be trebled pursuant to 15 U.S.C. § 1117;

E.      That Defendants account for and pay over to Plaintiffs all damages sustained by Plaintiffs and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

F.      That Plaintiffs recover from Defendants its costs of this action and reasonable attorneys' fees; and

G.      That Plaintiffs have all other and further relief as the Court may deem just and proper under the circumstances.


Dated:  August 13, 2014

J. Andrew Coombs, A Professional Corp.

By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiffs Sanrio, Inc. and
Disney Enterprises, Inc.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Sanrio, Inc. and Disney Enterprises, Inc. hereby demand a trial by jury of all issues so triable.

DATED: August 13, 2014

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Sanrio, Inc. and Disney Enterprises, Inc.

# EXHIBIT A

## SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| TX 3-769-888 | SANRIO 1993 Product and Sales Promotion Catalog | Literary Work |
| VAu 684-322 | Sanrio 2005 Character Guide | Graphic Artwork |
| VA 1-303-874 | Character Merchandising | Collective work of artwork, text and photos |
| VA 1-296-115 | 2004 – 100 Characters | Graphic Artwork |
| VA 811-440 | Bad Badtz Maru | Graphic Artwork |
| VAu 498-617 | Chococat | Art original |
| VA 130-420 | Hello Kitty | Graphic Artwork |
| VA 636-579 | KeroKeroKeroppi | Sticker Book |
| VA 707-212 | KeroKeroKeroppi | Pictorial Cartoon Drawing |
| VA 246-421 | Little Twin Stars | Stickers |
| VA 840-495 | Monkichi | Graphic Artwork |
| VA 130-419 | My Melody | Graphic Artwork |
| VA 130-421 | Patty & Jimmy | Graphic Artwork |
| VA 636-582 | Pekkle | Graphic Artwork |
| VA 840-496 | Picke Bicke | Graphic Artwork |
| VA 636-580 | Pochaco | Sticker Book |
| VA 148-625 | Tuxedo Sam | Stickers |
| VA 840-494 | Winkipinki | Graphic Artwork |
| VA 636-581 | Zashikibuta | Stickers |
| VA 1-352-721 | Keroppi / Little Frog…Big Splash | Visual Material |
| Vau 1-078-385 | Sanrio 2010 Character Guide | Visual Material |
| VA 1-342-775 | SANRIO 2002 HELLO KITTY STYLE GUIDE | Visual Material |
| VA 657-748 | KOBUTA NO PIPPO | Visual Material |
| VA 1-342-774 | SANRIO 2005 KEROPPI STYLE GUIDE | Visual Material |
| Vau 655-028 | THE RUNABOUTS - 2001 | Visual Material |
| VA 1-416-374 | TENORIKUMA(BLUE CAFE), MY MELODY(HEART), KUROMI(KUROMI5), CHARMMY KITTY(RABBIT), HELLO KITTY(LOGO) EVERYDAY CAT.JUNE 2006 | Visual Material |
| VA 1-416-375 | MASYUMARU(INTRO); CINNAMOROLL(SPORT); SUGARBUNNIES(DOUGHNUTS); CHARMMYKITTY(RABBIT); LITTLE TWIN STARS(STARS); HELLO KITTY(BEAR); EVERYDAY CATALOG JULY 2006 | Visual Material |

| VA 1-370-020 | PANDAPPLE(INTRO), FROOLIEMEW(FANCY), CHOCOCAT(DOT)/SANRIO 2005 PRODUCT CATALOG AUG NEW | Visual Material |
|---|---|---|
| VA 1-303-873 | DOKIDOKI HOTDOG / THE CHILI PEPPER TRIO / CATALOG EVERYDAY 5 MAY 2003 | Visual Material |

# EXHIBIT B

## SANRIO CO.'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,842,707 | 5/18/04 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,707,592 | 4/15/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,705,164 | 4/8/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,714,130 | 5/6/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,952,043 | 5/17/05 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,845,315 | 5/25/04 |
| Hello Kitty | Design Only | 1,200,083 | 7/6/82 |
| Hello Kitty | Design Only | 1,277,721 | 5/15/84 |
| Hello Kitty | Typed Drawing | 1,215,436 | 11/9/82 |
| Hello Kitty | Typed Drawing | 1,279,486 | 5/29/84 |
| Hello Kitty | Typed Drawing | 1,391,550 | 4/29/86 |
| Hello Kitty | Design Only | 1,370,105 | 11/12/85 |
| Keroppi | Standard Character Mark | 3,531,383 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,531,382 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,349 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,436,548 | 5/27/08 |
| Keroppi | Standard Character Mark | 3,181,348 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,181,347 | 12/5/06 |

| | | | |
|---|---|---|---|
| Keroppi | Standard Character Mark | 3,449,938 | 6/17/08 |
| Keroppi | Standard Character Mark | 3,531,381 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,531,380 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,423,288 | 5/6/08 |
| Keroppi | Standard Character Mark | 3,181,345 | 12/5/06 |
| Little Twin Stars | Typed Drawing | 1,341,864 | 6/18/85 |
| Little Twin Stars | Typed Drawing | 1,192,946 | 4/6/82 |
| Little Twin Stars | Standard Character Mark | 3,245,998 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,997 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,994 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,993 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,992 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,991 | 5/29/07 |
| Monkichi | Standard Character Mark | 3,699,381 | 10/20/09 |
| My Melody | Typed Drawing | 1,305,637 | 11/20/84 |
| My Melody | Typed Drawing | 1,210,192 | 9/28/82 |
| Pekkle | Typed Drawing | 2,053,346 | 4/15/97 |
| Pochacco | Typed Drawing | 2,236,507 | 4/6/99 |
| Pochacco | Typed Drawing | 1,985,358 | 7/9/96 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,506,705 | 11/13/01 |
| Sanrio | Typed Drawing | 2,506,577 | 11/13/01 |
| Sanrio | Design Plus Words, Letters, | 2,721,680 | 6/3/03 |

| | and/or Numbers | | |
|---|---|---|---|
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,742,381 | 7/29/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,679 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,693,639 | 3/4/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,696,063 | 3/11/03 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,378 | 11/11/2008 |
| KEROKEROKEROPPI | Standard Character Mark | 3,531,376 | 11/11/2008 |
| Bow | Design only | 3,260,857 | 7/10/2007 |
| Bow | Design only | 3,359,800 | 12/25/2007 |
| Bow | Design only | 3,359,801 | 12/25/2007 |
| Bow | Design only | 3,272,377 | 7/31/2007 |
| Bow | Design only | 3,260,860 | 7/10/2007 |
| Bow | Design only | 3,362,512 | 1/1/2008 |
| Bow | Design only | 3,348,608 | 12/4/2007 |
| Bow | Design only | 3,249,704 | 6/5/2007 |
| Bow | Design only | 3,362,514 | 1/1/2008 |
| Bow | Design only | 3,359,799 | 12/25/2007 |
| Bow | Design only | 3,260,858 | 7/10/2007 |
| Bow | Design only | 3,445,304 | 6/10/2008 |
| Bow | Design only | 3,260,859 | 7/10/2007 |
| Bow | Design only | 3,359,802 | 12/25/2007 |

| Bow | Design only | 3,260,861 | 7/10/2007 |
|---|---|---|---|
| Bow | Design only | 3,253,794 | 6/19/2007 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/2009 |
| Outline of Hello Kitty | Design only | 3,756,724 | 3/9/2010 |
| Outline of Hello Kitty | Design only | 3,751,315 | 2/23/2010 |
| Outline of Hello Kitty | Design only | 3,868,138 | 10/26/2010 |
| Outline of Hello Kitty | Design only | 3,756,725 | 3/9/2010 |
| Outline of Hello Kitty | Design only | 3,666,736 | 8/11/2009 |
| Outline of Hello Kitty | Design only | 3,679,187 | 9/8/2009 |
| Outline of Hello Kitty | Design only | 3,865,208 | 10/19/2010 |

# EXHIBIT C

## DEI'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |

| | | |
|---|---|---|
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |

| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
|---|---|---|
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |

| | | |
|---|---|---|
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |

| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
|---|---|---|
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |

| VAu 230 533 | Aladdin - Jafar | Model Sheet |
|---|---|---|
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion  King - Young Nala | Model Sheet |
| VAu  245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu  245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |

| | | |
|---|---|---|
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2  - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |

| | | |
|---|---|---|
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true / produced by Walt Disney Television** | Motion Picture |

| | | |
|---|---|---|
| | **Animation ; directed by John Kafka** | |
| PA 1-612-331 | **Cinderella III: A Twist in Time** | Motion Picture |
| PA 1-611-943 | **Tinker Bell** | Motion Picture |
| PA 1-617-950 | **Bolt** | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |
| PA 1-688-323 | **Toy Story 3** | Motion Picture |
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 | Style Guide |
| **PA 1-348-114** | **Handy Manny: no. 1-01** | **Motion Picture** |
| VAu 959-473 | Handy Manny Design Pack – Characters | Drawings |
| VA 1-650-599 | Handy Manny Repair Shop – Spring/Summer 2008 Product Development Guide | Style Guide |
| PA 1-224-960 | Pirates of the Caribbean: The Curse of the Black Pearl | Motion Picture |
| PA 1-322-906 | Pirates of the Caribbean: Dead Man's Chest | Motion Picture |
| PA 1-334-112 | Pirates of the Caribbean: At World's End | Motion Picture |
| PA 1-737-564 | Pirates of the Caribbean: On Stranger Tides | Motion Picture |
| PA 1-742-101 | Cars 2 | Motion Picture |
| VAu 1-089-554 | Cars 2: Professor Z | Visual Material |
| VA 1-781-144 | Cars 2: Tokyo City - Mini | Visual Material |
| PA 1-814-870 | Wreck-It Ralph | Motion Picture |
| VAu 1-116-667 | Wreck-It Ralph: Adorabeezle Winterpop | Model Sheet |
| VAu 1-116-688 | Wreck-It Ralph: Duncan | Model Sheet |
| VAu 1-116-686 | Wreck-It Ralph: King Candy | Model Sheet |
| VAu 1-116-671 | Wreck-It Ralph: Gloyd Orangboar | Model Sheet |
| PA 1-800-721 | Brave | Motion Picture |
| VAu 1-093-274 | Brave: Angus | Model Sheet |
| VAu 1-089-531 | BRAVE: Family – King Fergus, Queen Elinor, Merida & Royal Triplets Harris, Hubert & Hamish | Visual Material |
| VA 1-814-373 | Brave: General Art Guide | Visual Material |
| PA 1-713-579 | Tron: Legacy | Motion Picture |
| VA 1-753-501 | Tron Legacy: Vertical Banner: Olivia | Visual Material |
| VA 1-753-496 | Tron Legacy: Vertical Banner: Jeff | Visual Material |
| VA 1-753-498 | Tron Legacy: Vertical Banner: Garrett | Visual Material |
| PA 1-811-293 | Frankenweenie | Motion Picture |
| VAu 1-082-013 | Frankenweenie: Bob | Model Sheet |
| VAu 1-082-015 | Frankenweenie: Edgar "E" Gore | Model Sheet |
| VAu 1-075-939 | Frankenweenie: Mr. Frankenstein | Model Sheet |
| PA 1-856-767 | Planes | Motion Picture |
| PA 1-656-826 | Princess and the Frog, The | Motion Picture |
| PA 1-713-851 | Tangled | Motion Picture |
| PA 1-871-007 | Frozen | Motion Picture |
| PA 1-038-178 | Monsters, Inc. | Motion Picture |

| PA 1-848-339 | Disney Pixar Monsters University | Motion Picture |
|---|---|---|
| PA 1-146-502 | Finding Nemo | Motion Picture |
| PA 1-354-935 | Ratatouille | Motion Picture |
| PA 1-703-137 | Tinker Bell and the Great Fairy Rescue | Motion Picture |
| VA 1-800-738 | Tinker Bell and the Great Fairy Rescue-Global Creative P Fall 2010 | Style Guide |
| VA 1-831-654 | Doc McStuffins-Global Creative P-SS13 | Style Guide |
| VA 1-770-111 | Disney Handy Manny-Tool Team Product Design Portfolio-Preschool | Style Guide |
| VA 1-802-675 | Jake and the Neverland Pirates-Global Creative B Preschool FA12 (Disney Jr) | Style Guide |
| VA 1-850-709 | Disney Sofia the First-Global Creative P FH13 | Style Guide |
| VA 1-766-270 | Phineas and Ferb Branding Guide Global Creative Boys FA11 | Style Guide |
| VA 1-864-307 | Disney The Muppets Character Art & Photography Guide | Style Guide |

## EXHIBIT D

## DEI'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Mickey Mouse | Typed Drawing | 3,115,395 | 7/11/2006 |
| Mickey Mouse | Standard Character Mark | 3,767,849 | 3/30/2010 |
| Mickey Mouse | Typed Drawing | 3,006,349 | 10/11/2005 |
| Mickey Mouse | Typed Drawing | 0,315,056 | 7/17/1934 |
| Mickey Mouse | Standard Character Mark | 3,750,188 | 2/16/2010 |
| Mickey Mouse | Typed Drawing | 1,152,389 | 4/28/1981 |
| Mickey Mouse Head Device | Design Only | 2,781,693 | 11/11/2003 |
| Minnie Mouse | Typed Drawing | 3,102,338 | 6/06/2006 |
| Minnie Mouse | Standard Character Mark | 3,767,850 | 3/30/2010 |
| Minnie Mouse | Standard Character Mark | 3,740,338 | 1/19/2010 |
| Minnie Mouse | Typed Drawing | 3,002,502 | 9/27/2005 |
| Pluto | Typed Drawing | 1,152,383 | 4/28/1981 |
| Pluto | Design Only | 2,707,323 | 4/15/2003 |
| Goofy | Typed Drawing | 1,159,124 | 6/30/1981 |
| Goofy | Design Only | 2,721,608 | 6/3/2003 |
| Donald Duck | Typed Drawing | 1,161,868 | 7/21/1981 |
| Donald Duck | Typed Drawing | 3,150,077 | 9/26/2006 |
| Daisy Duck | Design Only | 2,704,890 | 4/8/2003 |
| Disney | Typed Drawing | 1,162,727 | 7/28/1981 |

| Disney | Typed Drawing | 3,490,082 | 8/19/2008 |
|---|---|---|---|
| Disney Princess | Standard Character Mark | 3,459,442 | 7/1/2008 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/1980 |
| Walt Disney Signature | Standard Character Mark | 3,584,878 | 3/3/2009 |
| Winnie the Pooh | Typed Drawing | 3,024,287 | 12/6/2005 |
| Pooh | Typed Drawing | 3,395,652 | 3/11/2008 |
| Piglet | Standard Character Mark | 4,118,780 | 3/27/2012 |
| Tigger | Design Only | 2,860,445 | 7/6/2004 |
| Eeyore | Design Only | 3,591,616 | 3/17/2009 |
| Eeyore | Typed Drawing | 3,464,628 | 7/8/2008 |
| Eeyore | Standard Character Mark | 3,658,573 | 7/21/2009 |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/2006 |
| Walt Disney's Snow White & the Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/2004 |
| Walt Disney's Sleeping Beauty | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/2004 |
| Sleeping Beauty | Standard Character Mark | 3,775,134 | 4/13/2010 |
| Peter Pan | Standard Character Mark | 3,745,492 | 2/2/2010 |
| Walt Disney's Peter Pan | Design Plus Words, Letters, and/or Numbers | 2,895,967 | 10/19/2004 |
| Peter Pan | Standard Character Mark | 3,662,111 | 7/28/2009 |
| Tinker Bell | Standard Character Mark | 3,648,929 | 7/20/2006 |
| Tinker Bell | Standard Character Mark | 3,636,910 | 6/9/2009 |
| Tinker Bell | Design Only | 3,624,833 | 5/19/2009 |

| | | | |
|---|---|---|---|
| Tink | Typed Drawing | 3,734,512 | 1/5/2010 |
| Hannah Montana | Standard Character Mark | 3,478,026 | 7/29/2008 |
| Hannah Montana | Standard Character Mark | 3,413,555 | 4/15/2008 |
| Hannah Montana | Standard Character Mark | 3,473,757 | 7/22/2008 |
| Hannah Montana | Standard Character Mark | 3,413,552 | 4/15/2008 |
| Lilo & Stitch | Typed Drawing | 2,811,097 | 2/3/2004 |
| Lilo & Stitch | Typed Drawing | 2,845,107 | 5/25/2004 |
| Pinocchio | Standard Character Mark | Serial Number 77618061 | n/a |
| Pinocchio | Standard Character Mark | Serial Number 77625073 | n/a |
| Cars | Design Plus Words, Letters, and/or Numbers | 3,358,115 | 12/18/2007 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3,178,664 | 11/28/2006 |
| Lightning McQueen | Standard Character Mark | 3,370,157 | 1/15/2008 |
| Mater | Standard Character Mark | 3,406,600 | 4/1/2008 |
| Rust-Eze | Standard Character Mark | 3,294,617 | 9/18/2007 |
| Doc Hudson | Standard Character Mark | 3,321,900 | 10/23/2007 |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/2001 |
| Toy Story | Standard Character Mark | 3,971,114 | 5/31/2011 |
| Ariel | Standard Character Mark | 3,814,910 | 7/6/2010 |
| Beauty and the Beast | Typed Drawing | 2,961,693 | 6/14/2005 |
| Princess Jasmine | Standard Character Mark | 3,998,366 | 7/19/2011 |
| Princess Jasmine | Standard Character Mark | Serial Number 85,182,806 | n/a |

| High School Musical | Standard Character Mark | 3,506,572 | 9/23/2008 |
|---|---|---|---|
| High School Musical | Standard Character Mark | 3,433,096 | 5/20/2008 |
| High School Musical | Standard Character Mark | 3,420,394 | 10/24/2006 |
| High School Musical | Standard Character Mark | 3,469,823 | 7/15/2008 |
| Meet the Robinsons | Standard Character Mark | 3,420,082 | 4/29/2008 |
| Meet the Robinsons | Standard Character Mark | 3,354,473 | 12/11/2007 |
| Walt Disney Pictures Presents The Wild | Standard Character Mark | 3,389,689 | 2/26/2008 |
| Disney Bolt | Standard Character Mark | 3,648,251 | 6/30/2009 |
| Disney Bolt | Standard Character Mark | 3,604,222 | 4/7/2009 |
| Wall-E | Standard Character Mark | 3,686,824 | 9/22/2009 |
| Wall-E | Standard Character Mark | 3,528,986 | 11/4/2008 |
| Handy Manny | Standard Character Mark | 3,276,261 | 8/7/2007 |
| Handy Manny | Standard Character Mark | 3,643,979 | 6/23/2009 |
| Minnie Mouse | Design Only | 3,580,907 | 2/24/2009 |
| Mickey Mouse | Design Only | 3,580,903 | 2/24/2009 |
| Mickey Mouse Device | Design Only | 2,993,058 | 11/18/2003 |
| Princess and the Frog | Standard Character Mark | 3,891,449 | 12/14/2010 |
| Princess and the Frog | Standard Character Mark | 3,729,994 | 12/22/2009 |
| Tangled | Standard Character Mark | 4,106,086 | 2/28/2012 |
| Disney Frozen | Design Plus Words, Letters, and/or Numbers | Serial No. 85928858 | Filed: 5/10/2013 |
| Doc McStuffins | Design Plus Words, Letters, and/or Numbers | Serial No. 85887190 | Filed: 3/26/2013 |

| Sofia the First | Standard Character Mark | 4,478,451 | 2/4/2014 |
|---|---|---|---|
| Sofia the First | Standard Character Mark | 4,310,728 | 3/26/2013 |
| Disney Jake and the Never Land Pirates | Design Plus Words, Letters, and/or Numbers | Serial No. 86070387 | Filed: 9/20/2013 |
| Monsters University | Design Plus Words, Letters, and/or Numbers | 4,486,434 | 2/18/2014 |
| Monsters University | Design Plus Words, Letters, and/or Numbers | Serial No. 85275549 | Filed: 3/24/2011 |
| Phineas and Ferb | Standard Character Mark | 3,578,149 | 2/17/2009 |