**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANRIO, INC. and DISNEY ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RONNIE HOME TEXTILE, INC.; KENNETH J. DOEING; TIFFANY PAN; and DOES 1-10, <br><br> Defendants. | CV 14-06369-RSWL-JEMx <br><br> **ORDER TO SHOW CAUSE** Why Defendants Kenneth J. Doeing and Tiffany Pan's Answer Should Not Be Stricken and Default Entered Against Defendants Kenneth J. Doeing and Tiffany Pan |

The Court is in receipt of Plaintiff Sanrio, Inc. And Plaintiff Disney Enterprises, Inc.'s ("Plaintiffs") Declaration Re Noncompliance with Pretrial Preparations [64]. On January 8, 2016, the Court approved Plaintiffs' unilateral Final Pretrial Conference Order [71].

Federal Rule of Civil Procedure 16(e) provides that the final pretrial conference "must be attended by at least one attorney who will conduct the trial for each

1

party and by any unrepresented party." Fed. R. Civ. P. 16(e). Rule 16(f) provides for the issuance of sanctions in certain circumstances, including if a party or its attorney (A) fails to appear at a pretrial conference or (B) is substantially unprepared to participate or does not participate in good faith in the conference. Fed. R. Civ. P. 16(f). In these circumstances, Rule 16(f) authorizes the Court, on motion or on its own, to issue sanctions pursuant to Rule 37(b)(2)(A)(ii) through (vii). Id. Such sanctions include "striking the pleadings in whole or in part." Fed. R. Civ. P. 37(b)(2)(A)(iii).

Accordingly, Defendant Kenneth J. Doeing ("Doeing") and Defendant Tiffany Pan ("Pan") are **HEREBY ORDERED TO SHOW CAUSE**, in writing, on or before **12:00 PM on January 26, 2016**, as to why Doeing and Pan's Answer should not be stricken and default entered against Doeing and Pan.

**IT IS SO ORDERED.**

DATED: January 20, 2016        s/ RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge